E-FILED
Thursday, 27 July, 2006 10:46:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JUL 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Simmons )
)
)
)
)
(Enter above the full name of the Plaintiff[s]
in this action.)
)
)
)
- vs - )
IRMC, )
Employee/Employees )
To Be Identified )
)
)
)

Jury TRIAL

Case No. 06-1190
(To be assigned by Clerk
of District Court)

(Enter above the full name of ALL Defend-
ant[s] in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Fair Debt Collections Practices Act
Title 15 1692

II. Plaintiff, __LISA SIMMONS__ resides at
_____, __MACKINAW__ __TAZEWELL__
street address                           city                county

__IL.__, __61755__, _____
state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____
_____
_____
_____
_____
_____

III. Defendant, __IRMC__ lives at, or its business is located at
__435 FORD RD.__, __Minneapolis__, __N/A__,
street address __SUITE 800__    city                county

__MN.__, __55426__.
state    zip code

(if more than one defendant, provide the same information for each defendant below)

__EMPLOYEE / EMPLOYEES__
__TO BE IDENTIFIED__
_____
_____
_____

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

ON OR AFTER 7-27-05
DefenDANTS VIOLATIO
TITLE 15, 1692
DefenDANT VIOLATED THE
ACT, COUNTS 1 thru 5
Times.

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

$1,000 ACTUAL EMOTIONAL & MENTAL DAMAGES PER COUNT, $1,000 ADDITIONAL DAMAGES AS ALLOWED BY ACT, COURT COSTS, INJUNCTION PREVENTING FURTHER CONTACT, ALL RELIEF COURT DEEMS REASONABLE

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]              NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$10,000 FOR EMOTIONAL + MENTAL DAMAGES FOR FEELING ABUSED, ANNOYED AND ANGRY

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]              NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of July, 2006

*Lisa R Simmons Pro Se*

Signature of Plaintiff(s)