E-FILED
Thursday, 07 September, 2006 10:05:26 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
SEP - 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI.

Lisa Simmons
Plaintiff

-v-                                                case no. 06-1190

IRMC
Defendant

### Request Summons

Defendant has failed to return the requested waiver of service. Plaintiff requests the Clerk of the Court issue a summons to be served upon the Defendant by the Plaintiff, please place the summons issued in the self-addressed stamped envelope supplied. Any questions please call, 309-359-5820 or email me at klsimmons@peoplepc.com.. Thank you.

*Lisa R Simmons*

Lisa Simmons
Pro Se

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
klsimmons@peoplepc.com