✎AO 440  (Rev. 8/01) Summons in a Civil Action

**E-FILED**
Thursday, 07 September, 2006  11:29:46 AM
~~Clerk, U.S. District Court, ILCD~~

# UNITED STATES DISTRICT COURT

District of _____

Lisa Simmons

**V.**

IRMC

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1190

> TO: (Name and address of Defendant)
>
> IRMC
> 435 Ford Road
> Ste. 800
> Minneapolis, MN  55426

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa Simmons
12836 Appenzeller Road
Mackinaw, IL 61755

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

John M. Waters

**CLERK**

s/R. Knox

(By) DEPUTY CLERK

9/7/06

DATE