UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Simmons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  06-1190 |
| ) | |
| IRMC ) | Magistrate Judge Byron G. Cudmore |
| employee/employees to be identified, ) | |
| ) | Judge Michael M. Mihm |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**IRMC**

I certify that I am admitted to practice in this court.

Date:  September 27, 2006

Respectfully submitted,
IRMC

By:  s/ Michael P. Smith
Michael P. Smith
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

6103896v1 870171

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Simmons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-1190 |
| ) | |
| IRMC ) | Magistrate Judge Byron G. Cudmore |
| employee/employees to be identified, ) | |
| ) | Judge Michael M. Mihm |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:**

Lisa Simmons
12836 Appenzeller Road
Mackinaw, IL 61755
309-359-5820
PRO SE

Respectfully submitted,
IRMC

By: s/ Michael P. Smith
Michael P. Smith 6281477
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

6103896v1 870171