E-FILED
Wednesday, 27 September, 2006  03:50:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Simmons, | ) | |
| Plaintiff, | ) ) ) | Case No. 06-1190 |
| vs. | ) ) | |
| IRMC, Employee/Employees to be identified, | ) ) ) | Magistrate Judge Byron G. Cudmore |
| | ) ) | Judge Michael M. Mihm |
| Defendant. | ) | |

### DEFENDANT IRMC'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, IRMC, by its attorneys, David M. Schultz and Michael P. Smith, and for its Motion for an Enlargement of Time to Respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b), respectfully states as follows:

1. Plaintiff's Complaint purports to state an individual claim under the Fair Debt Practices Act against the defendant.

2. Plaintiff's Complaint was filed on July 7, 2006, and defendant IRMC. was served September 7, 2006.  Defendant's response is thus due on September 27, 2006.

3. Defense counsel was recently retained in this matter and is filing an Appearance contemporaneously with this Motion.  Defendant hereby requests an additional 21 days from the filing of this Motion to answer or otherwise plead.

4. This time is not meant for purposes of unnecessary delay and plaintiff will be prejudiced should the Court this motion.

5. This time is necessary to analyze the pleading and prepare the appropriate response.

6103719v1 870171

WHEREFORE, Defendant IRMC, respectfully requests that this Honorable Court grant its Motion for an Enlargement of Time to Respond to Plaintiff's Complaint up to and including October 18, 2006, and grant such further relief as this Court deems appropriate and just.

Respectfully Submitted,

Respectfully submitted,
IRMC

By: s/ Michael P. Smith
Michael P. Smith, Bar No. 6281477
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

6103719v1 870171

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Simmons, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-1190 |
| | ) | |
| IRMC | ) | Magistrate Judge Byron G. Cudmore |
| employee/employees to be identified, | ) | |
| | ) | Judge Michael M. Mihm |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2006, I electronically filed Defendant IRMC's Motion for an Enlargement of Time to Respond to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    **and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:**

Lisa Simmons
12836 Appenzeller Road
Mackinaw, IL 61755
309-359-5820
PRO SE

                                       Respectfully submitted,
                                       IRMC

                                       By: s/ Michael P. Smith
                                       Michael P. Smith 6281477
                                       David M. Schultz
                                       HINSHAW & CULBERTSON LLP
                                       222 North LaSalle, Suite 300
                                       Chicago, IL 60601
                                       312-704-3000
                                       312-704-3001 (f)
                                       msmith@hinshawlaw.com