

E-FILED
Thursday, 28 September, 2006 09:37:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEP 2 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lisa Simmons
Plaintiff

-v-                                         case no. 06-1190

IRMC
Defendant

Plaintiff's objections to extention

The Defendant and Counsel begin this litigation by lieing to this Court, in direct contempt for the rules and the standards this Court represents. It shows the Defendant and Counsel's contempt and disrespect for this Court. Plaintiff respectfully requests the Court by it's own motion and order the Defendant and Counsel show cause as to why the parties have NOT perjuried themselves in contempt of this Court. Plaintiff would request that upon the Court's own motion enter a judgment in favor of the Plaintiff and grant the relief requested in the complaint. By filing the document to enlarge the time to respond, the parties certified that the motion was truthful, that is false for the reason's setforth below.

HISTORY

on 7-27-06, I filed with this Court( doc.#2) and placed in the mail a waiver of service as certified to this Court. On 8-7-06, my husband received a phone call from an individual identified as an attorney representing IRMC named Dan Plante and he requested information for his client to attempt to settle my claims. My husband forwarded this information and I requested my husband discuss a settlement. My husband became suspicious upon discovering Mr. Plante WAS NOT AN ATTORNEY and sent off a scolding email attached. Also see the attached settlement offer Mr. Plante EVENTUALLY sent via Federal Express because of our refusal to speak with anyone other than an attorney.

Argument

The Plaintiff filed and sent the waiver as evident by IRMC alleged attorney contacting me on 8-7-06 a mere ten days later is evidence that for sometime the Defendant's have know an attorney would be needed. Also the Defendant was served a summons on 9-15-06 not on 9-7-06 as falsely filed with this Court. Therefore the Defendant although filed a false document the attorney of record assisted the false filing by certifying the filing was true and correct when in fact it was FALSE. Plaintiff further contends that althought the Defendant has my email address and phone number, the attorney of record failed to confer with me prior to filing the request, the attorney has shown a pattern of disrespect for this Court and the rules of procedure. Furthermore the Defendant has until Oct. 5th to plead even though the attorney and defendant lied about that as well.

Defendant and attorney Smith have lied by stating, Defendant was served on 9-7-06 when in fact it was 9-15-06.

Defendant and attorney Smith have lied by stating Defendant's response was due on this Sept. 27-06 when in fact a answer is due on Oct. 5th, 06.

Defendant and attorney Smith failed to confer with Plaintiff prior to filing the motion at bar.

Further the attorney of record clearly can NOT read his motion properly, I don't have a clue how to respond to #4 of thier lie ridden motion.

Relief Requested

The Plaintiff requests all sanctions the Court deems reasonable to prevent further conduct by the parties including but not limited to dismissal in favor of the Plaintiff and cost to respond to the motion and this case.

*Lisa R Simmons* (signature)

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
klsimmons@peoplepc.com

Lisa Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lisa Simmons
Plaintiff

-v-   case no. 06-1190

IRMC
Defendant

certificate of service

The Plaintiff certify's that a copy of the attached motion was sent via U.S. Mail to the attorney of record before 5 p.m. this 9-28-06 postage paid.

*Lisa R Simmons*

Lisa Simmons
Pro Se

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
klsimmons@peoplepc.com

06-1190

STATE OF MINNESOTA  )
                    ) ss        **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN  )

I, John P. Bauer, being duly sworn on oath states: That on September 15, 2006, I served a Summons and Complaint upon IRMC therein named, personally, at 435 Ford Road – Suite 800, St Louis Park at 8:30 a.m. in the County of Hennepin, in the State of Minnesota, by handing to and leaving with Michelle David – Compliance Manager and agent authorized to accept service on behalf of said corporation, true and correct copies thereof.

Subscribed and sworn to before me on
September 15, 2006.

John P Bauer

Ruth Bauer – Notary Public
My commission expires January 31, 2010.



RUTH BAUER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: SEPTEMBER 15, 2006 |
| NAME OF SERVER (PRINT): JOHN P. BAUER | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: IRMC - 435 FORD RD #800 ST. LOUIS PARK, MN 55426

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY HANDING TO AND LEAVING WITH MICHELLE DAVID - COMPLIANCE MANAGER / AUTHORIZED AGENT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $45 | $45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 15, 2006
   Date   Signature of Server

7455 FRANCE AV. S. #272, MPLS MN 55435
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Main Identity**

From: &lt;klsimmons@peoplepc.com&gt;
To: "Plante, Dan" &lt;DPlante@IRMC.com&gt;
Sent: Monday, August 07, 2006 4:32 PM
Subject: Re: Lisa Simmons v. Allied

Mr. Plante,
This was the first time we ever heard from you, clearly your letter does not disclose the account information, we have never received a phone call from you, furthermore, it seems as though this is facts for discovery and at this point I have recommended that we not confer further until as such as an entry of appearance and an affirmative defense is entered. Furthermore, Lisa indicated in her letter of 8-8-05 you are not to contact her again concerning the alleged debt or collection there of. The first words out of your mouth today is we would like to settle this, well have your attorney contact her in the future, we will no longer discuss this case with you.
Ken Simmons

----- Original Message -----
From: Plante, Dan
To: klsimmons@peoplepc.com
Sent: Monday, August 07, 2006 3:44 PM
Subject: Lisa Simmons v. Allied

Mr. Simmons,

   Thank you very much for the two letters. We're still trying to locate the account and are running the name and address through the system again. Perhaps when you speak to your wife this evening you could ask her if she has any other recollection about the nature of the debt from or other letters / calls she or received. That would be a big help in locating the account. Once I get that we can discuss it in detail and go from there.

Thank you for your time this afternoon,
Dan Plante

From: klsimmons@peoplepc.com [mailto:klsimmons@peoplepc.com]
Sent: Monday, August 07, 2006 3:29 PM
To: Plante, Dan
Subject:

Mr. Plante,

Here is the document you requested. Hopefully we can settle this amicably, I will forward any settlement offers to Lisa upon receipt for her signature if it is acceptable to her.

Ken Simmons

**Main Identity**

**From:** &lt;klsimmons@peoplepc.com&gt;
**To:** &lt;dplante@irmc.com&gt;
**Sent:** Monday, August 07, 2006 2:29 PM
**Attach:** case no 06-1190.pdf

Mr. Plante,

Here is the document you requested. Hopefully we can settle this amicably, I will forward any settlement offers to Lisa upon receipt for her signature if it is acceptable to her.

Ken Simmons



IntelliRisk Management
Corporation

100 Park Avenue, 9th Floor
New York, NY 10017
646 274 3030  Main
646 274 3032  Fax

August 18, 2006

Lisa R. Simmons
12836 Appenzeller Road
Mackinaw, IL 61755

Re:  Simmons v. IRMC, U.S. District Court, Central District of Illinois, Peoria Division, Case No. 06-1190

Dear Ms. Simmons:

Following a number of unsuccessful attempts to reach you by phone as you requested, this letter serves as a response to your e-mail of August 8.

In consideration for settlement in the above matter, IRMC would like to make a good faith settlement offer in the total amount of $500. Please note that, contrary to your claim, the letter in question was not the first written communication sent to you. Furthermore, you should understand that we were not properly served and were you to re-file, the action would be time-barred. The letter upon which you base your claim is dated July 27, 2005.

We sincerely hope that you consider our offer and await your response.

Very truly yours,

Daniel Plante
Legal/Compliance Administrator
646-274-3025