E-FILED
Thursday, 28 September, 2006 09:38:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEP 2 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lisa Simmons
Plaintiff

-v-   case no. 06-1190

IRMC
Defendant

### Motion for costs

Plaintiff requsts the Court Order the Defendant to reimburse the Plaintiff $45.00, the cost the Plaintiff incurred due to the Defendant's refusual to waive service. Attached is a copy of the service and the cost, I certify to the Court that the server was paid by myself. I also ask for the costs to prepare and postage to serve this motion on the Defendant, Plaintiff estimates $5.00 in costs.

Lisa Simmons
Pro Se

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
klsimmons@peoplepc.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

Lisa Simmons
Plaintiff

-v-                                                                                                case no. 06-1190

IRMC
Defendant

certificate of service

Plaintiff certifies that a copy of the attached motion was sent via U.S. Mail to the attorney of record this 9-28-06 before 5 p.m. postage paid.

                                                                                                                                                                   Lisa Simmons
                                                                                                                                                                   Pro Se

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
klsimmons@peoplepc.com

440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  DATE SEPTEMBER 15, 2006

NAME OF SERVER (PRINT) John P. Bauer    TITLE PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: IRMC - 435 FORD RD #800 ST. LOUIS PARK, MN 55426

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY HANDING TO AND LEAVING WITH MICHELLE DAVID - COMPLIANCE MANAGER / AUTHORIZED AGENT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $45 — | $45 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 15, 2006

_Signature of Server_

7455 FRANCE AV. S. #272, MPLS MN 55435
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.