**E-FILED**
Wednesday, 04 October, 2006  09:59:16 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| Lisa Simmons, | ) |
| | ) |
| Plaintiff, | )   CASE NO.: 1:06-CV-1190 MMM BGC |
| | ) |
| v. | ) |
| | ) |
| IRMC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**IRMC**

I certify that I am admitted to practice in this court.

Date:  October 4, 2006

Respectfully submitted,

**IRMC,**

By:  s/ David M. Schultz
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
dschultz@hinshawlaw.com

6106487v1 870171

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| Lisa Simmons, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:06-CV-1190 MMM BGC |
| | ) | |
| v. | ) | |
| | ) | |
| IRMC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Via U.S. Mail**
Lisa Simmons – PRO SE
12836 Appenzeller Rd.
Mackinaw, IL 61755
309-359-5820

Respectfully submitted,
**IRMC,**

By: ---_____/s/ David M. Schultz
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-701-3001 (f)
dschultz@hinshawlaw.com

6106487v1 870171