E-FILED
Friday, 06 October, 2006 04:29:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Simmons, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-1190 |
| IRMC, Employee/Employees to be identified, | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS WITH PREJUDICE

Defendant, IRMC, by its undersigned attorneys, and Plaintiff, Simmons (Lisa R. Simmons), pro se, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

_____
Counsel for Defendant

_____
Lisa R. Simmons, Plaintiff, pro se

David M. Schultz
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
msmith@hinshawlaw.com

Lisa R. Simmons
12836 Appenzeller Road
Mackinaw, Illinois 61755
(309) 359-5820
klsimmons@peoplepc.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Simmons, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-1190 |
| | ) |
| IRMC | ) Magistrate Judge Byron G. Cudmore |
| employee/employees to be identified, | ) |
| | ) Judge Michael M. Mihm |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed **Stipulation To Dismiss With Prejudice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Lisa Simmons
12836 Appenzeller Road
Mackinaw, IL 61755
309-359-5820
PRO SE

Respectfully submitted,
IRMC

By: s/ Michael P. Smith
Michael P. Smith 6281477
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
312-704-3001 (f)
msmith@hinshawlaw.com

6103947v1 870171